750

ETHEL FEINMAN, Plaintiff, *v.* BERNARD RICE SONS, INC., Defendant and Third-Party Plaintiff. JOSEPH B. FEINMAN, Third-Party Defendant and Fourth-Party Plaintiff-Appellant, *v.* LIBERTY MUTUAL INSURANCE COMPANY, Fourth-Party Defendant-Respondent.

Submitted July 8, 1955; decided July 8, 1955.

*David G. Mendelsohn* for motion.
*Albert P. Thill* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.